→ New Evidence:

(Please Present To Court)

Tr Ct. No - 2013-1227-C2A

82,871-01   Wr-82,871-01

(Please Attach)

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

Burglary of Habitation (Enhanced)
(Cause: 2013 - 1227 - C2)

The (U.S. Currency) that Claimed from A burglary WAS the Suspects Money recently cashed from Bank of America in Dallas, Tx. Thats why iT was placed on the Suspects Book-in Account in McLennan County Hwy 6's County JAiL on (6-28-2013) No Money WAS Stolen - C.i.d - 76403 S.i.d - 5241385 - JONiQUE R. Webster

Sig: Jonique R. Webster

(Evidence Insufficient)
(Void Indictment)
(In Competency)
(Insufficient Counsel)

✗ Note: This Inmate has been Incompetent because of Medications To Stand with Prior Counsel Representations : As (INformed!)

CID:   76403  WEBSTER,JONIQUE RAMON                STATUS: N    ACCT BAL:      0.00
                                                   MEDI INDI:    0.00      MISC INDI:     0.00

| DATE | DESCRIPTION (COMMENT) | RECEIPT | TYPE | TRAN | BEGIN BAL | AMOUNT | END BAL |
|------|----------------------|---------|------|------|-----------|--------|---------|
| 6/28/2013 | | I2013-051901 | C | -BANK | 0.00 | 118.00 | 118.00 |
| 7/01/2013 | CMCG - COMMISSARY PURCHASES | I2013-052600 | D | CMCG | 118.00 | 5.73 | 112.27 |
| 7/08/2013 | CMCG - COMMISSARY PURCHASES | I2013-054156 | D | CMCG | 112.27 | 10.49 | 101.78 |
| 7/11/2013 | CMCG - COMMISSARY PURCHASES | I2013-055177 | D | CMCG | 101.78 | 1.10 | 100.68 |
| 7/15/2013 | CMCG - COMMISSARY PURCHASES | I2013-056043 | D | CMCG | 100.68 | 22.94 | 77.74 |
| 7/22/2013 | CMCG - COMMISSARY PURCHASES | I2013-057836 | D | CMCG | 77.74 | 19.93 | 57.81 |
| 7/25/2013 | CMCG - COMMISSARY PURCHASES | I2013-058792 | D | CMCG | 57.81 | 15.77 | 42.04 |
| 7/29/2013 | CMCG - COMMISSARY PURCHASES | I2013-059751 | D | CMCG | 42.04 | 8.94 | 33.10 |
| 8/01/2013 | CMCG - COMMISSARY PURCHASES | I2013-060815 | D | CMCG | 33.10 | 5.32 | 27.78 |
| 8/05/2013 | CMCG - COMMISSARY PURCHASES | I2013-061937 | D | CMCG | 27.78 | 9.38 | 18.40 |
| 8/08/2013 | CMCG - COMMISSARY PURCHASES | I2013-062876 | D | CMCG | 18.40 | 17.74 | 0.66 |
| 8/12/2013 | CMCG - COMMISSARY PURCHASES | I2013-063969 | D | CMCG | 0.66 | 0.12 | 0.54 |
| 8/15/2013 | CMCG - COMMISSARY PURCHASES | I2013-064949 | D | CMCG | 0.54 | 0.46 | 0.08 |
| 8/22/2013 | CMCG - COMMISSARY PURCHASES | I2013-067034 | D | CMCG | 0.08 | 0.08 | 0.00 |
| 9/11/2013 | ROSETTA STONE MO#20941463856 | I2013-072735 | C | BANK | 0.00 | 20.00 | 20.00 |
| 9/12/2013 | CMCG - COMMISSARY PURCHASES | I2013-072932 | D | CMCG | 20.00 | 10.47 | 9.53 |
| 9/16/2013 | CMCG - COMMISSARY PURCHASES | I2013-074085 | D | CMCG | 9.53 | 9.53 | 0.00 |
| 9/24/2013 | GTL DEPOSIT, ORDER NUMBER: 4706658186535919922 | I2013-076574 | C | GTL | 0.00 | 22.00 | 22.00 |
| 9/30/2013 | CMCG - COMMISSARY PURCHASES | I2013-077664 | D | CMCG | 22.00 | 11.73 | 10.27 |
| 10/03/2013 | CMCG - COMMISSARY PURCHASES | I2013-078806 | D | CMCG | 10.27 | 7.32 | 2.95 |
| 10/07/2013 | CMCG - COMMISSARY PURCHASES | I2013-079915 | D | CMCG | 2.95 | 2.31 | 0.64 |
| 10/10/2013 | CMCG - COMMISSARY PURCHASES | I2013-080843 | D | CMCG | 0.64 | 0.64 | 0.00 |
| 10/23/2013 | GTL DEPOSIT, ORDER NUMBER: 4737059515942854963 | I2013-084817 | C | GTL | 0.00 | 47.00 | 47.00 |
| 10/24/2013 | CMCG - COMMISSARY PURCHASES | I2013-084914 | D | CMCG | 47.00 | 24.33 | 22.67 |
| 10/28/2013 | CMCG - COMMISSARY PURCHASES | I2013-085916 | D | CMCG | 22.67 | 5.30 | 17.37 |
| 10/31/2013 | CMCG - COMMISSARY PURCHASES | I2013-086756 | D | CMCG | 17.37 | 7.77 | 9.60 |
| 11/04/2013 | CMCG - COMMISSARY PURCHASES | I2013-087823 | D | CMCG | 9.60 | 4.40 | 5.20 |
| 11/07/2013 | CMCG - COMMISSARY PURCHASES | I2013-088785 | D | CMCG | 5.20 | 5.20 | 0.00 |
| 11/18/2013 | SHARON WEBESTER | I2013-091819 | C | BANK | 0.00 | 10.00 | 10.00 |
| 11/21/2013 | CMCG - COMMISSARY PURCHASES | I2013-092399 | D | CMCG | 10.00 | 4.90 | 5.10 |
| 11/25/2013 | CMCG - COMMISSARY PURCHASES | I2013-093372 | D | CMCG | 5.10 | 4.70 | 0.40 |
| 11/26/2013 | GTL DEPOSIT, ORDER NUMBER: 4788335860941087027 | I2013-094190 | C | GTL | 0.40 | 22.00 | 22.40 |
| 12/02/2013 | CMCG - COMMISSARY PURCHASES | I2013-094886 | D | CMCG | 22.40 | 18.79 | 3.61 |
| 12/05/2013 | CMCG - COMMISSARY PURCHASES | I2013-095769 | D | CMCG | 3.61 | 3.61 | 0.00 |
| 12/19/2013 | ELLA BECK | I2013-100102 | C | BANK | 0.00 | 20.00 | 20.00 |
| 12/26/2013 | CMCG - COMMISSARY PURCHASES | I2013-101040 | D | CMCG | 20.00 | 18.29 | 1.71 |
| 12/30/2013 | CMCG - COMMISSARY PURCHASES | I2013-102085 | D | CMCG | 1.71 | 1.20 | 0.51 |
| 2/04/2014 | GTL DEPOSIT, ORDER NUMBER: 4897872467552919858 | I2014-009909 | C | GTL | 0.51 | 22.00 | 22.51 |
| 2/06/2014 | CMCG - COMMISSARY PURCHASES | I2014-010381 | D | CMCG | 22.51 | 11.40 | 11.11 |
| 2/12/2014 | IT ACCT RELEASED BY USER: KC5074 | I2014-012061 | D | ITRE | 11.11 | 11.11 | 0.00 |



JONIQUE RAMON WEBSTER

D.O.B.: 5/27/1973

CID#: 76403

SID#: 5241385

· BURGLARY OF A HABITATION (ENHANCED) (F2-F1)

Code: 30.02, Texas Penal Code

Booking#: 890444

Bond Amount:

Cause No. 2013 - 001227 -C 2

# TRUE BILL OF INDICTMENT

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors of McLennan County, State of Texas, duly organized at the July Term, A.D., 2013, of the 19th Judicial District Court of said county, upon their oaths do present that **JONIQUE RAMON WEBSTER**, hereinafter called Defendant, on or about the 27th day of June, A.D. 2013 in said county and state did then and there intentionally or knowingly enter a habitation, without the effective consent of **GABRIELLE MASSEY**, the owner thereof, and attempted to commit or committed theft of property, to-wit: a tivo remote and/or United States Currency, owned by **GABRIELLE MASSEY**,

### PARAGRAPH II

And it is further presented in and to said Court that the said **JONIQUE RAMON WEBSTER** in the County of McLennan and State aforesaid on or about the 27th day of June, 2013, did then and there, with intent to commit theft, enter a habitation, without the effective consent of **GABRIELLE MASSEY**, the owner thereof,



## ENHANCEMENT ALLEGATION

And it is further presented in and to said Court that prior to the commission of the primary offense, on the 8th day of July, 2003, in The Criminal District Court Number Five of Dallas County, Texas, in Cause Number F-0351717, the said **JONIQUE RAMON WEBSTER** was convicted of a felony, to-wit: Burglary of a Habitation, and the said conviction became final prior to the commission of the primary offense,

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Abelino Reyna
Criminal District Attorney
McLennan County, Texas

Foreman of the Grand Jury

**Outpatient Clinical Interview (Psychologist/Psychotherapist)**

**Patient Name:** WEBSTER, JONIQUE R    **TDCJ#:** 1905668    **Date:** 10/29/2014 08:56 **Facility:** ESTELLE (E2)

**Age:** 41   **Race:** B  **Sex:** male

| Patient Language: ENGLISH    Name of interpreter, if required: |
|---|

**Most recent vitals from 10/21/2014:** BP: 118 / 64 (Sitting) ; Wt: 158 Lbs.; Height: 67 In.; Pulse: 56 (Sitting) ; Resp: 16 / min; Temp: 98.2 (Oral) BMI: 25

**Allergies:** NO KNOWN ALLERGIES
**Current Medications:**

| | | |
|---|---|---|
| **90D-IBUPROFEN 600MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 90 Days KOP <br> As Needed (PRN) <br> #30 - 1 CARD TO LAST 90 DAYS. | ORDERING FACILITY: POLUNSKY (TL) <br> ORDERING PROVIDER: NGUYEN, CO | LAST DATE GIVEN KOP: 10/01/2014 07:01:12PM <br> REFILLS: 0 / 0 <br><br> EXPIRATION DATE: 12/25/2014 01:24:00PM |
| **LITHIUM CARBONATE 300MG CAP** <br> 2 CAPS ORAL EVERY EVENING for 30 Days | ORDERING FACILITY: POLUNSKY (TL) <br> ORDERING PROVIDER: ALAM, SHANAWAR | COMPLIANCE: 79.81 % <br> REFILLS: 3 / 11 <br> EXPIRATION DATE: 7/13/2015 01:01:00AM |
| **PERPHENAZINE 16MG TABLET** <br> 1 TABS ORAL EVERY EVENING for 30 Days | ORDERING FACILITY: POLUNSKY (TL) <br> ORDERING PROVIDER: ALAM, SHANAWAR | COMPLIANCE: 79.81 % <br> REFILLS: 3 / 11 <br> EXPIRATION DATE: 7/13/2015 01:01:00AM |
| **PHENYTOIN SOD 100MG ER CAPSULE** <br> 3 CAPS ORAL EVERY EVENING for 30 Days | ORDERING FACILITY: POLUNSKY (TL) <br> ORDERING PROVIDER: JACKSON, DIANE E | COMPLIANCE: 79.71 % <br> REFILLS: 2 / 11 <br> EXPIRATION DATE: 8/17/2015 01:01:00AM |

Active Problems:

**Chronic Care:**
Seizure Disorder - Ccc First Observed 10/29/2007 10:45AM
Hanging, Strangulation, Or Suffocation, Undetermined Whether Accidentally Or Pu First Observed 10/29/2014 05:19AM

**Cid:**
Tb Class 0 (no Exposure Pulm. Tuberculosis) First Observed 2/19/2014 07:00AM
Varicella, Possibly Susceptible First Observed 2/19/2014 07:00AM

**Mental Health:**
Mood Disorder Nos First Observed 3/11/2014 12:40PM

**Mh Other:**
Mental Health Suicide Risk Assessment First Observed 1/30/2008 12:42PM
Offender Returning From I/p Psych Facility First Observed 1/30/2008 12:42PM
Mental Health Behavioral Observations First Observed 2/15/2008 08:09AM

**Not Specified:**
Cid Assessment First Observed 3/16/2011 10:09AM
Musculoskeletal First Observed 2/14/2013 02:27PM
Open Wound Arm Mult/nos First Observed 3/27/2013 03:03PM (Probable)
Age First Observed 2/19/2014 07:00AM
Observation- Cond Not Found First Observed 7/14/2014 03:37PM

# CORRECTIONAL MANAGED CARE
# OUTPATIENT MENTAL HEALTH SERVICES

## Individualized Treatment Plan for Psychiatry Chronic Care (Initial or Follow-up)

**Patient Name:** WEBSTER, JONIQUE R   **TDCJ#:** 1905668   **Date:** 12/08/2014 12:03
**Facility:** POLUNSKY (TL)  **Date of Birth:** 05/27/1973  **Age:** 41 year **Race:** B **Sex:** male
Follow-up appointment in ____ months_____ weeks

Other recommendations:

HSM-18: III:  Work Restrictions # 19 ___yes ___no    #20 ___yes ___no #25 ___yes ___no   Other:

II: Housing Assignment A 5. Extended medical hours ____ yes ____ no

Other HSM 18 Restrictions:

PULHES: ___ S-1AP ___ S-1AH ___ S-2BR ___S-2BT ___S-3NR ___S-3NT ___S-4PT ___ S-4MR

ALERT CODE:

MEDICATION ORDERS:

Lab/EKG/PROCEDURE ORDERS:

I have discussed with the patient the risks, benefits and alternatives to the treatment plan as specified above and he/she agrees to the recommended treatment(s). I have also discussed that some medications can affect the manner in which the body relates to excessive heat especially in the summer.  A discussion was held about appropriate work restrictions. All medications do not have automatic heat restrictions. Offender/patient will contact nursing/security if they felt dizzy, confused or over heated and will be checked for vital signs. Offender/patient understands that excessive heat can cause life threatening conditions and acknowledged understanding regarding the need to drink plenty of water when the heat is extreme.

_____ Yes _____ No _____ N/A

I have discussed with the patient that this session is being done via telemedicine/DMS. The patient acknowledged understanding that there may be interruptions or disconnections and that the picture may not be clear.  Also that UTMB has taken several security measures to ensure proper transmission and that it will remain confidential. The patient agreed to have this session done via telemedicine/DMS.

_____ Yes          _____ No          _____ N/A

Electronically Signed by PARKER, SHARON E. PA on 12/08/2014.
Electronically Signed by HARDEN, JEANETTE M. MA, MHC on 12/10/2014.
Electronically Signed by MOORE, ANDREA CCA on 12/16/2014.
##And No Others##

## PETITIONER'S INFORMATION

Petitioner's printed name: JONIQUE RAMON Webster

State bar number, if applicable: _____

Address: ESTELLE Unit
264 FM 3478
Huntsville, Tx 77320

Telephone: 936-291-4200

Fax: _____

## INMATE'S DECLARATION

I, JONIQUE WEBSTER , am the applicant / petitioner (circle one) and

being presently incarcerated in Texas Department of Criminal Justice declare under penalty of

perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on 3/9 , 20 13.

_____
Signature of Applicant / Petitioner (circle one)

17



**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
2/13/2015    **PRIVATE USE**

02 1R
0006557458    FEB 25 2015
$ 00.26⁵

WEBSTER, JONIQUE RAMON   Tr. Ct. No. 2013-1227-C2 ROM ZIP WR-82,871-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

JONIQUE RAMON WEBSTER
ESTELLE UNIT - TDC # 1905668
264 FM 3478
HUNTSVILLE, TX  77320-3322

F2
305

AAWBS3B  77320